# JUDGE BUCHWALD

35-07/MEU/LJK
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
COSENA SRL CONSTANTZA (ROMANIA)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

**07 CIV 9378**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 CIV.         (         )
COSENA SRL CONSTANTZA (ROMANIA),

                                      **RULE 7.1 STATEMENT**

                Plaintiff,

- against –

BODEGAS VALDIVIA, f/k/a INTERMONTE, S.A.,

                Defendant.
------------------------------------------------------------x

        COSENA SRL CONSTANTZA (ROMANIA), by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       October 19, 2007

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff
                                    COSENA SRL CONSTANTZA (ROMANIA)

        By:      _____
                                    Michael E. Unger (MU 0045)
                                    Lawrence J. Kahn (LK 5215)
                                    80 Pine Street
                                    New York, NY 10005
                                    Telephone: (212) 425-1900
                                    Facsimile: (212) 425-1901

NYDOCS1/292171.1